IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|   |   |   |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CASTELLON, MARIEL ALEJANDRA | ) | Case No. 19-13963-KHK |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |
| | ) | |

**TRUSTEE'S MOTION TO COMPEL DEBTOR TO TURN
OVER POSSESSION OF REAL PROPERTY LOCATED AT
418 OLD COURTHOUSE ROAD, NE, VIENNA, VA 22180**

Janet M. Meiburger, the Chapter 7 Trustee for the estate of the Debtor in the above-named case, by counsel, hereby moves, pursuant to 11 U.S.C. §542(a) and Federal Rule of Bankruptcy Procedure 9013, for entry of an order compelling Mariel Alejandra Castellon, the Debtor herein, to turn over possession of the real property located at 418 Old Courthouse Road, NE, Vienna, VA 22180 (the "Property"), on or before Tuesday, March 31, 2020, and in support of this Motion states as follows:

1. The Debtor commenced this case by filing a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on December 4, 2019 (the "Petition Date"). The case was converted to Chapter 7 on January 2, 2020 (Docket No. 16). Janet M. Meiburger is the duly qualified and acting Trustee in this case (Docket No. 17).

2. Included among the property of the bankruptcy estate is the Debtor's 100% ownership interest in the Property. According to the motion for relief from the stay filed on

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel for Chapter 7 Trustee

behalf of the first mortgage lender, The Bank of New York Mellon Trust Company, National Association, the Debtor has not paid the mortgage since July of 2017.

1. On February 24, 2020, the Court entered an Order Approving Real Estate Listing Agreement and Employment of Realtor (Docket No. 36) and an Order Granting Trustee's Application to Employ Adams, Morris & Sessing as Special Counsel (Docket No. 37), to negotiate a short sale of the Property.

2. However, the Property is not yet on the market because the Debtor has not been cooperative. At first, she refused to respond to numerous efforts on the part of Helaine Newman, the realtor, to contact her to set up at time for Ms. Newman to come to the house, get a key for the lockbox, and take pictures for the listing. Eventually, the Trustee asked the Debtor's attorney to intervene, and only then did the Debtor respond and set up an appointment with Ms. Newman.

3. Nevertheless, when Ms. Newman went to the house on Thursday, March 5, 2020, the Debtor provided her with a key and then left. Only then did Ms. Newman discover that she was unable to gain access to the basement apartment or one of the bedrooms, because the doors to the apartment and bedroom were locked and could only be opened with a different key which the Debtor did not provide to Ms. Newman. Therefore, Ms. Newman is still unable to take the pictures necessary to activate a listing for the property.

4. In addition, whole rooms at the house are filled with various items, and the Debtor has done nothing to declutter the house.

5. Therefore, the Trustee requests that an order be entered requiring the Debtor to vacate the Property as of Tuesday, March 31, 2020.

WHEREFORE, Janet M. Meiburger, the Trustee for the estate of the Debtor in the above-named case, by counsel, respectfully requests that the Court enter an order compelling Mariel Alejandra Castellon to turn over possession of the real property located at 418 Old Courthouse

Road, NE, Vienna, VA 22180, no later than Tuesday, March 31, 2020, to remove all personal property from the Property, and to leave the Property in broom clean condition; and granting such other and further relief that the Court deems appropriate under the circumstance.

                Respectfully submitted,

                THE MEIBURGER LAW FIRM, P.C.

Dated: March 6, 2020      By:    /s/ Janet M. Meiburger
                Janet M. Meiburger, Esq., VSB No. 31842
                The Meiburger Law Firm, P.C.
                1493 Chain Bridge Road, Suite 201
                McLean, Virginia 22101
                (703) 556-7871

                Counsel to Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 6th day of March, 2020, a true and correct copy of the foregoing Trustee's Motion to Compel Debtor to Turn Over Possession of the Real Property Located At 418 Old Courthouse Road, NE, Vienna, VA 22180 will be served by ECF e-mail pursuant to the applicable Standing Order of the Court, and by first class mail, postage prepaid, and on the following:

    Mariel Alejandra Castellon
    418 Old Courthouse Road, NE
    Vienna, VA 22180

/s/ Janet M. Meiburger
Janet M. Meiburger